

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP E. (RICK) POWELL<br><br>Defendant. | §§§§§§§§§§§§§§§  Civil Action No. 6:11-CV-161-WSS |

## ORDER

Before the Court is Plaintiff Securities and Exchange Commission Motion to Dismiss the Remaining Claims Against Defendant Phillip E. (Rick) Powell. Having considered the Plaintiff's motion, the remaining claims against Defendant are hereby dismissed with prejudice.

Signed this 19ᵗʰ day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE